**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7731**

ANTONIO MARTINELLE RANDOLPH,

              Plaintiff - Appellant,

        v.

L. FUERTES ROSARIO, HSA-MLP; JOHN J. LAMANNA, Warden; G.
LINK, Physicians Assistant,

              Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  Richard M. Gergel, District Judge.
(9:09-cv-03166-RMG)

Submitted:  April 28, 2011          Decided:  May 3, 2011

Before DAVIS, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Antonio Martinelle Randolph, Appellant Pro Se.  Barbara Murcier
Bowens, Assistant United States Attorney, Columbia, South
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Martinelle Randolph appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice Randolph's 42 U.S.C. § 1983 (2006) complaint for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Randolph v. Rosario, No. 9:09-cv-03166-RMG (D.S.C. Dec. 1, 2010). We deny Randolph's motion for stay and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED